UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
QGM191

| | |
|---|---|
| IN RE: | Chapter: 7 |
| ROY V. PFLEGER, | Case No. 13-74930-AST |
| Debtor(s). | **SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of counsel for the Secured Creditor in the above entitled case, and all open New York Bankruptcy cases for which Gini E. Varughese, Esq., has a Notice of Appearance on behalf of Fein, Such, Crane, LLP referenced in attached Schedule "A".

Dated: November 5, 2013                Dated: November 5, 2013

/S/Tammy Terrell Benoza, Esq.          /S/Gini E. Varughese, Esq.
**FEIN, SUCH & CRANE, LLP**            **FEIN, SUCH & CRANE, LLP**
By: TAMMY TERRELL BENOZA, ESQ.         By: GINI E. VARUGHESE, ESQ.
Superseding Attorney(s)                Withdrawing Attorney(s)